IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KYLE ELLIS, derivatively on behalf of ABBVIE INC., | § § § | |
| Plaintiff-Below, Appellant, | § § § | No. 412, 2018 |
| v. | § § § | Court Below: Court of Chancery of the State of Delaware |
| RICHARD A. GONZALEZ, ROBERT J. ALPERN, ROXANNE S. AUSTIN, WILLIAM H.L. BURNSIDE, EDWARD M. LIDDY, EDWARD J. RAPP, GLENN F. TILTON, ROY S. ROBERTS, and FREDERICK H. WADDELL, | § § § § § § § § | C.A. No. 2017-0342-SG |
| Defendants-Below, Appellees, | § § § | |
| and | § § | |
| ABBVIE INC., a Delaware Corporation, | § § | |
| Nominal Defendant-Below, Appellee. | § § § | |

Submitted: February 13, 2019
Decided: February 18, 2019

Before **VALIHURA**, **SEITZ** and **TRAYNOR**, Justices.

## **O R D E R**

This 19th day of February, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its Memorandum Opinion of July 10, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice